# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>     **v.**<br><br>**BENJAMIN BELTON** | **CIVIL ACTION**<br><br>**NO. 15-1389** |

## O R D E R

**AND NOW**, this 12th day of February, 2018, a default against the Defendant having been entered as of March 7, 2016, and no further action having been taken, it is hereby **ORDERED** that this case shall be **CLOSED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-1389 usa v. belton\15cv1389 order 02122018.docx